IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEVONTE RASHAD BAKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3062

Opinion filed October 7, 2016.

An appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Nancy A. Daniels, Public Defender, and W.C. McLain, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.  See Larsen v. State, 485 So. 2d 1372, 1373 (Fla. 1st DCA

1986) ("The grade or degree of a homicide, and the intent with which a homicidal

act was committed are questions of fact dependent upon the circumstances of the case, and are typically for resolution by a jury."), aff'd, 492 So. 2d 1333 (Fla. 1986).

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.